JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL GONZALEZ, | ) | Case No. CV 11-07578-JVS (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| TIMOTHY E. BUSBY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: November 16, 2011

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE